Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                      Case No.:  11−21498−GMB
                                      Chapter:  13
                                      Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darren M Gruner
   531 Blackwood−Clementon Road
   Clementon, NJ 08021

Social Security No.:
   xxx−xx−3844

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:              6/1/11
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: April 14, 2011
JJW: kaj

                                                              James J. Waldron
                                                               Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 11-21498-GMB
Darren M Gruner                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: kjohnson            Page 1 of 1              Date Rcvd: Apr 14, 2011
                               Form ID: 132              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2011.
```
db          +Darren M Gruner,   531 Blackwood-Clementon Road,    Clementon, NJ 08021-5921
smg          U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
511877982    American Express,   PO Box 981535,   El Paso, TX 79998-1535
511877983   +Aurora Loan Services,   2617 College Park,   P.O. Box 1706,   Scottsbluff, NE 69363-1706
511877984   +Barbara Davis,   15 Washington Avenue,   Titusville, NJ 08560-1629
511877985   +Burlington County Probation,   49 Rancocas Road,   P.O. Box 6555,   Mount Holly, NJ 08060-6555
511877986  ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
             (address filed with court: Cach, LLC,   370 17th Street, Ste. 5000,   Denver, CO 80202-5690)
511877987    Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
511877988   +Citibank CBSD NA,   701 E 60th St N,   Sioux Falls, SD 57104-0493
511877989   +Crop Production Services,   c/o Watts, Tice & Skowronek,   171 Main Street,
              Flemington, NJ 08822-1607
511877990    Ford Credit,   Customer Service Center,   PO Box 542000,   Omaha, NE 68154-8000
511877991   +John R. Morton Jr. Esq.,   110 Marter Avenue,   Suite 301,   Moorestown, NJ 08057-3124
511877992    Kennedy Concrete Inc.,   1983 S. East Street,   Vineland, NJ 08360-7141
511877993   +MBNA America,   PO Box 17054,   Wilmington, DE 19850-7054
511877996  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 245,
              Trenton, NJ 08695)
511877994   +Santander Consumer USA,   PO Box 961245,   Dallas, TX 76161-0244
511877997  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   425 Walnut Street,   Cincinnati, OH 45202-3923)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
511877995    E-mail/Text: bankruptcy@bbandt.com Apr 14 2011 20:50:33    Sheffield Financial,   PO Box 1704,
              Clemmons, NC 27012-1704
                                                                                              TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2011**           **Signature:** _Joseph Speetjens_